IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | I N D I C T M E N T |
| ) | |
| ) | Case No. _____ |
| -vs- ) | |
| ) | Violation:   18 U.S.C. §§ 113(a)(2), 1153, |
| ) | and 2; and N.D.C.C. §§ 12.1-22-02 |
| RYAN HERMAN, ) | and 12.1-32-01 |
| ROBERT LEE REDROAD, JR.,  and ) | |
| MARTIN WHITETAIL, JR. ) | |

COUNT ONE

**Burglary**

The Grand Jury Charges:

On or about January 2, 2007, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

RYAN HERMAN,
ROBERT LEE REDROAD, JR., and
MARTIN WHITETAIL, JR.,

Indians, did willfully enter a building, namely, the dwelling of Martha Robertson-Littlewind, at night when the premises was not open to the public and RYAN HERMAN, ROBERT LEE REDROAD, JR., and MARTIN WHITETAIL, JR., were not licensed,

invited, and otherwise privileged to enter, with the intent to commit a crime therein, namely, theft of property;

    In violation of Title 18, United States Code, Sections 1153 and 2; and North Dakota Centery Code, Sections 12.1-22-02 and 12.1-32-01.

<u>COUNT TWO</u>

**Assault with Intent to Commit Any Felony**

The Grand Jury Further Charges:

On or about January 2, 2007, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

RYAN HERMAN,
ROBERT LEE REDROAD, JR., and
MARTIN WHITETAIL, JR.,

Indians, assaulted Martha Robertson-Littlewind, David Robertson, Kenda Spotted Bird, and Frank Tomahawk during the commission of a felony, namely, burglary;

In violation of Title 18, United States Code, Section 113(a)(2), 1153, and 2.

A TRUE BILL:

/s/_____
            Foreperson

/s/_____
DREW H. WRIGLEY
United States Attorney

JMM:ell

3